UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SAMUEL SCHULTZ, | |
| Plaintiff, | Case No. 1:18-cv-24023 (EGT) |
| v. | Judge Edwin G. Torres |
| ROYAL CARIBBEAN CRUISES, LTD., D/B/A AZAMARA CLUB CRUISES, | |
| Defendant. | |

PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANT ROYAL CARIBBEAN CRUISES LTD.'S
OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff SAMUEL SCHULTZ, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant Royal Caribbean Cruises, Ltd.'s Offer of Judgment to Plaintiff dated June 21, 2021, attached hereto as Exhibit A.

Dated: July 2, 2021            /s Kathleen Peratis
New York, NY               Kathleen Peratis, Esq.

OUTTEN & GOLDEN LLP
Kathleen Peratis, Esq.
Aliaksandra Ramanenka, Esq.
aramanenka@outtengolden.com
Eliana Theodorou, Esq.
etheodorou@outtengolden.com
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: 212.245.1000

SCOTT WAGNER & ASSOCIATES, P.A.
Cathleen Scott, Esq.

Florida Bar No. 135331
Primary e-mail: CScott@scottwagnerlaw.com
Lindsey Wagner, Esq.
Florida Bar No. 86831
Primary e-mail: LWagner@scottwagnerlaw.com
Secondary e-mail: mail@scottwagnerlaw.com
Jupiter Gardens
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Secondary Address: 101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on July 2, 2021 on all counsel or parties of record on the Service List below.

                                                     */s Lindsey Wagner*
                                                   Lindsey Wagner, Esq.

**SERVICE LIST**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
David M. DeMaio
Florida Bar No. 886513
david.demaio@ogletreedeakins.com
Gregory R. Hawran
Florida Bar No. 55989
gregory.hawran@ogletree.com
Two Datran Center
9130 S. Dadeland Blvd, Suite 1625
Miami, Florida 33156
Telephone: 305.374.0506

*Attorneys for Defendant*